Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
       service@moorelawfirm.com

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>       Plaintiff,<br>vs.<br><br>SWICKARD MARIN CORPORATION, et al.,<br><br>       Defendants. | No. 3:23-cv-01945-TLT<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, Swickard Marin Corporation; SC Marin RE, LLC ("Defendants"), the parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: May 13, 2024				MOORE LAW FIRM, P.C.

						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorney for Plaintiff,
						Francisca Moralez

Dated: May 13, 2024				ROBARDS & STEARNS, PC

						*/s/ Andrew V. Stearns*
						Andrew V. Stearns
						Attorney for Defendants,
						Swickard Marin Corporation; SC Marin RE, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorney for Plaintiff,
						Francisca Moralez